SAMUEL W. IRELAND, Respondent, *v.* THE JENNE ACETY-
LENE GAS MACHINE COMPANY, Appellant.

*Contract — master and servant — action for alleged wrongful discharge.*

*Ireland* v. *Jenne Acetylene Gas Machine Co.*, 185 App. Div. 906, affirmed.

(Argued May 4, 1920; decided June 1, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 2, 1918, sustaining plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a new trial. The action was upon a written contract of employment to recover for an alleged wrongful discharge. At the trial it appeared from plaintiff's testimony that a new oral contract had superseded the one sued upon. The trial court thereupon held that there was no wrongful discharge and dismissed the complaint. The Appellate Division held that " while the oral contract of March, 1917, superseded the written contract of October, 1916, upon which the action is founded, it did not extinguish the defendant's liability for a breach thereof and that under the allegations of the complaint and the evidence upon the trial, the plaintiff made out a case for the jury. "

*Isaac Adler* for appellant.

*George B. Draper* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.